IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| CARIN PURDOM, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. 4:23-cv-00046-ALM |
| | § | |
| GOODWILL INDUSTRIES OF | § | |
| NORTHEAST TEXAS, INC., | § | |
| | § | |
| Defendant. | § | |
| | § | |

## ORDER OF DISMISSAL WITH PREJUDICE

Before the Court is the Joint Motion to Dismiss with Prejudice (the "Motion") filed by Plaintiff Carin Purdom and Defendant Goodwill Industries of Northeast Texas, Inc. The Court, having been advised by the parties that all matters in controversy between them have been fully and finally settled and compromised, is of the opinion that the Motion should be GRANTED.

It is therefore ORDERED that the above-referenced case is hereby dismissed in its entirety with prejudice, with each party to bear their costs of Court.

All relief not previously granted is hereby denied.

The Clerk is directed to close this civil action.

**IT IS SO ORDERED.**

 **SIGNED this 26th day of June, 2023.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE